UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NVF Company, et al. | ) | Case Nos. 05-11727(PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## ORDER

For the reasons set forth in the Court's memorandum opinion of this date, The Debtors' Motion to Disallow (Doc. # 650) is **denied** as to the claims of City of Holyoke and City of Holyoke Gas & Electric Department.

Peter J. Walsh
United States Bankruptcy Judge

Dated: September 26, 2008